JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MALCOLM HUNTER,<br><br>               Petitioner,<br><br>    v.<br><br>FELIPE MARTINEZ, JR., Warden,<br><br>               Respondent. | Case No. 2:20-cv-05121-JAK (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition And Document Titled "'Emergency' Petition For [Illegible] Writ of Mandamus" Without Prejudice, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: June 12, 2020

JOHN A. KRONSTADT
United States District Judge